IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 10  PM 4:06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CLAUDIA BENSON,

    Plaintiff,

VS.                         NO. 03-2088-Ma

PENSKE TRUCK LEASING, ET AL.,

    Defendants.

ORDER GRANTING MOTION TO CONTINUE TRIAL
AND AMENDING SCHEDULE

    Pursuant to the March 11, 2005, joint motion of the parties to continue the trial in this matter, a conference was held on March 18, 2005. Participating on behalf of the plaintiff were Patrick Ardis and Sharon Petty. Participating on behalf of the defendants were Layne Holley and Chris Nearn, and by telephone, John Butler. For good cause shown, motion is granted and the court finds that the schedule in this matter should be amended as follows:

    1.    As to the issues discussed at the conference, the discovery deadline is extended to April 15, 2005.

    2.    Defendants' deadline for production of Ivey documents and plaintiff's deadline for notification of intent to use Klem as an expert is April 1, 2005.

    3.    Supplemental dispositive motions are due by May 16, 2005.



4. The parties will submit a proposed joint pretrial order by July 29, 2005.

5. A pretrial conference will be held on August 5, 2005, at 9:30 a.m.

6. The jury trial is tentatively reset to Monday, August 22, 2005, and is expected to take 5 days.

All other dates remain in effect as previously set. Absent good cause, the amended scheduling dates set by this order will not be modified or extended.

So ORDERED this 10th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 192 in case 2:03-CV-02088 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Sharon L. Petty
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Jill M. Madajczyk
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

R. Layne Holley
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

L. Bradley Dillard
MITCHELL MCNUTT & SAM, PA
P.O. Box 7120
Tupelo, MS 38802--712

John W. Butler
BUTLER VINES & BABB
First American Center
Ste. 810
Knoxville, TN 37901--264

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Honorable Samuel Mays
US DISTRICT COURT