*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

*CLAUDIA BENSON*

    *PLAINTIFF*                      *JUDGMENT IN A CIVIL CASE*

*VS*

*PENSKE TRUCK LEASING CORP.*            *CASE NO: 03-2088-V*

    *DEFENDANT*

*IT IS ORDERED AND ADJUDGED that in accordance with the Notice Of Settlement, entered on December 7, 2006, this cause is dismissed with prejudice.*

*APPROVED:*


*s/Diane K. Vescovo*
*DIANE K. VESCOVO*
*UNITED STATES MAGISTRATE JUDGE*


*December 12, 2006*                *Thomas M. Gould*
*Date*                    *Clerk of Court*


                *s/Betty Guy*
                *(By)  Deputy Clerk*